

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

City of Houston, Appellant

No. 06-21-00036-CV          v.

Jennifer Crook, Appellee

Appeal from the 133rd District Court of Harris County, Texas (Tr. Ct. No. 2019-74011). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order and remand for further proceedings consistent with this opinion.

We further order that the appellee, Jennifer Crook, pay all costs of this appeal.

RENDERED OCTOBER 15, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk